# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08 CR 73-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| NEREYDA MENDEZ. | ) | |
| _____ | ) | |

**THIS CAUSE** coming on to be heard pursuant to a motion filed by Raquel K. Wilson, Federal Defender who had been appointed to represent the defendant entitled, " Motion to Withdraw as Counsel of Record" (#30). For cause to withdraw Ms. Wilson has advised the court that the defendant has retained private counsel in this matter, that being attorney Jack W. Stewart of Asheville, NC. Mr. Stewart has filed a Notice of Appearance (#29) indicating that he is going to be representing and making a general appearance on behalf of the defendant in this matter. As a result it appears that good cause has been shown for the granting of the motion of Ms. Wilson.

## ORDER

**IT IS, THEREFORE, ORDERED** as follows:

1. That the "Motion to Withdraw as Counsel of Record " (#30) filed by Raquel Wilson as attorney for the defendant is hereby **ALLOWED,** and Raquel K. Wilson is allowed to withdraw as counsel of record for the defendant;

2. That the defendant is hereby taxed with the costs and expenses of her court appointed attorney and Ms. Wilson is directed to present to the district court a statement as to the time that she has spent in regard to this matter as required by the Standing Criminal Order in file 1:08mc25.

Signed: August 18, 2008

Dennis L. Howell
United States Magistrate Judge