# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:08CR73** |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| 2)**NEREYDA MENDEZ** | ) | |

**THIS MATTER** is before the Court on motion of the United States for the dismissal of the Bill of Indictment (as it relates to Nereyda Mendez only) without prejudice.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment is hereby **DISMISSED WITHOUT PREJUDICE** as to the Defendant Nereyda Mendez only.

The Clerk is directed to transmit this Order electronically to defense counsel, the United States Attorney's Office, the United States Marshal's Office, and the United States Probation Office.

Signed: September 8, 2008

Lacy H. Thornburg
United States District Judge